| 1. Person Reporting (last name, first, middle initial)<br><br>WISE, TRACEY N. | 2. Court or Organization<br><br>U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF KENTUCKY | 3. Date of Report<br><br>05/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES BANKRUPTCY JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>300 COMMUNITY TRUST BUILDING<br>100 EAST VINE STREET<br>LEXINGTON, KY 40507 |
|---|
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member/Partner | Sycamore Bay LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Angelucci Acoustical, Inc. - Construction |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankuptcy Institute | 3/31/2011, 4/1/2011, 4/2/11, 4/3/2011 | Washington, D.C. | Speaker | Travel, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WISE, TRACEY N.** | 05/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Central Bank & Trust Company | Mortgage Loan - Rental Property | L |
| 2. Cimarron Mortgage | Mortgage Loan - Rental Property | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Central Bank & Trust Co. (Checking) | A | Interest | J | T | | | | | |
| 2. Central Bank & Trust Co. (Money Market) | A | Interest | M | T | | | | | |
| 3. Central Bank & Trust Co. (Money Market) | B | Interest | | | Closed | 08/28/11 | N | | |
| 4. Central Bank & Trust Co. (Money Market) | A | Interest | N | T | Spinoff (from line 3) | 08/28/11 | N | | |
| 5. UBS Financial Services (Money Market) | A | Int./Div. | N | T | | | | | |
| 6. UBS Financial Services (Traditional IRA fka SEP IRA) | E | Int./Div. | O | T | | | | | |
| 7. - Financial Sector SPDR Trust ETF | | | | | Buy | 01/12/11 | J | | |
| 8. | | | | | Sold (part) | 07/26/11 | J | | |
| 9. | | | | | Sold (part) | 8/2/11 | J | | |
| 10. - First Trust ISE-REV Nat Gas | | | | | Sold (part) | 07/26/11 | J | | |
| 11. | | | | | Sold (part) | 11/18/11 | J | | |
| 12. - Vanguard Sector Index FD Vanguard Consumer Staples ETF | | | | | Buy | 06/20/11 | J | | |
| 13. | | | | | Sold (part) | 07/26/11 | J | | |
| 14. - Ishares Trust S&P 500 Index | | | | | Sold (part) | 07/26/11 | J | | |
| 15. - Ishares Inc MSCI Canada Index Fd | | | | | Sold (part) | 07/26/11 | J | | |
| 16. - Ishares Trust Russell 2000 Index Fund | | | | | Sold (part) | 07/26/11 | J | | |
| 17. - Ishares Trust S&P Mid Cap 400 Index Fund | | | | | Sold (part) | 07/26/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Ishares MSCI EAFE Index Fund | | | | | Sold (part) | 07/26/11 | J | | |
| 19. - Ishares S&P North American Nat Resources Sector Index Fnd | | | | | Sold (part) | 07/26/11 | J | | |
| 20. - Ishares Trust S&P Latin Amer 40 Index Fund | | | | | Sold (part) | 07/26/11 | J | | |
| 21. - Ishares MSCI EAFE Small Cap Index Fund | | | | | Sold (part) | 07/26/11 | J | | |
| 22. - SPDR S&P 500 ETF TR | | | | | Sold | 07/26/11 | L | | |
| 23. - Technology Sector SPDR Trust SHS | | | | | Sold | 06/20/11 | K | | |
| 24. - Vanguard REIT ETF | | | | | Sold (part) | 07/26/11 | J | | |
| 25. - Vanguard Sector Index Fd Vanguard Utilities ETF | | | | | Sold | 01/12/11 | J | | |
| 26. - Vanguard MSCI Emerging Markets (fka Intl Equity Index FD) | | | | | Sold (part) | 07/26/11 | J | | |
| 27. - Vanguard Divid Appreciation ETF | | | | | Sold (part) | 07/26/11 | J | | |
| 28. - Ishares Barclays Aggregate Bond Fund | B | Int./Div. | K | T | | | | | |
| 29. - Ishares Barclays Tips Bond Fund | B | Int./Div. | K | T | | | | | |
| 30. - Ishares Iboxx High Yield Corp Bond | A | Int./Div. | K | T | Buy | 12/2/11 | K | | |
| 31. - Vanguard Short Term Corporate BD ETF | A | Int./Div. | M | T | Buy | 07/26/11 | M | | |
| 32. - SPDR SER Trust Barclays Capital High Yield ETF | | | | | Sold | 12/02/11 | K | | |
| 33. - Vanguard BD Index Fd Inc Total Bond Mkt ETF | B | Int./Div. | K | T | | | | | |
| 34. - Vanguard Bd Index Fd Inc Short Term Bond ETF | C | Int./Div. | N | T | Buy (add'l) | 07/26/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ishares Gold Trust ETF | B | Int./Div. | J | T | Sold (part) | 07/26/11 | J | | |
| 36. - Vanguard Energy ETF | | | | | Buy | 11/18/11 | J | | |
| 37. - Vanguard High Divid Yield ETF SHS | | | | | Buy | 07/26/11 | J | | |
| 38. UBS Financial Services Brokerage Account | B | Int./Div. | L | T | | | | | |
| 39. - Vanguard Index Funds Vanguard Small CAP ETF | A | Int./Div. | J | T | | | | | |
| 40. - Vanguard Index Funds Vanguard Large CAP ETF | A | Int./Div. | K | T | | | | | |
| 41. - Vanguard REIT ETF | A | Int./Div. | J | T | | | | | |
| 42. - Vanguard INTL Equity Index FD INC FSTE All-World EX-US | A | Int./Div. | J | T | | | | | |
| 43. - Federated Capital Appreciation FD CL A | | | | | Sold (part) | 01/13/11 | J | | |
| 44. | | | | | Sold (part) | 11/29/11 | J | | |
| 45. | | | | | Sold (part) | 11/29/11 | J | | |
| 46. | | | | | Sold (part) | 11/29/11 | J | | |
| 47. - Hartford MID CAP Fund Class A | | | | | Buy (add'l) | 11/23/11 | J | | |
| 48. | | | | | Sold (part) | 11/29/11 | J | | |
| 49. | | | | | Sold (part) | 01/13/11 | J | | |
| 50. | | | | | Sold | 11/29/11 | J | | |
| 51. Merrill Lynch - Angelucci Acoustics Inc SEP | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - American AMCAP CL B | A | Int./Div. | J | T | | | | | |
| 53. - American Growth Fund of America Cl B | A | Int./Div. | J | T | | | | | |
| 54. - American Growth Fund of America Cl A | A | Int./Div. | J | T | | | | | |
| 55. - Blackrock Value | A | Int./Div. | J | T | | | | | |
| 56. - Blackrock Global | A | Int./Div. | J | T | | | | | |
| 57. Sycamore Bay LLC, Lexington, Fayette County, KY | B | Rent | | | Distributed (part) | 01/15/11 | J | | |
| 58. | | | | | Distributed | 02/28/11 | J | | |
| 59. TD Ameritrade Brokerage Account | A | Dividend | J | T | | | | | |
| 60. - Apple Inc Common Stock | A | Dividend | J | T | | | | | |
| 61. - AT&T Inc Common Stock | A | Dividend | J | T | | | | | |
| 62. - Microsoft Corp Common Stock | A | Dividend | J | T | | | | | |
| 63. - Pepsico Inc Common Stock | A | Dividend | J | T | | | | | |
| 64. Rental Property, Shelbyville, Shelby County, KY | D | Rent | M | W | | | | | |
| 65. Rental Property, Lexington, Fayette County, KY | D | Rent | M | W | Buy | 01/19/11 | M | | |
| 66. Symetra Life Insurance Company (Annuity) | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

**VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.** *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WISE, TRACEY N. | 05/23/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRACEY N. WISE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544